UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pouch Ruach,                                                  Civil No. 12-1129 (PAM/JSM)

                Plaintiff,

v.                                                         **ORDER**

Ashlee Berts, et al.,

                Defendants.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Janie S. Mayeron, dated January 14, 2013. The R&R recommended that this Court deny Plaintiff's Motion for a Temporary Restraining Order and Preliminary Order to Show Cause. Plaintiff has not objected to the R&R within the time permitted. The Court therefore **ADOPTS** the R&R (Docket No. 71).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for a Temporary Restraining Order and Preliminary Order to Show Cause (Docket No. 15) is **DENIED**.

Dated: February 4, 2013

                                                               *s/ Paul A. Magnuson*
                                                                Paul A. Magnuson
                                                                United States District Court Judge